OFFICE OF DISCIPLINARY
COUNSEL, Petitioner,

v.

**Donald B. HOYT, Respondent.**

**No. 438 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Aug. 5, 1998.

*ORDER*

PER CURIAM:

AND NOW, this 5th day of August, 1998, upon consideration of the Report and Recommendations of the Disciplinary Board dated June 4, 1998, it is hereby

ORDERED that DONALD B. HOYT be subjected to PUBLIC CENSURE by the Supreme Court.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

OFFICE OF DISCIPLINARY
COUNSEL, Petitioner,

v.

**Thomas F. McKEOWN, Respondent.**

**No. 437 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Aug. 5, 1998.

*ORDER*

PER CURIAM:

AND NOW, this 5th day of August, 1998, upon consideration of the Report and Recommendations of the Disciplinary Board dated June 1, 1998, it is hereby

ORDERED that THOMAS F. McKEOWN be and he is SUSPENDED from the Bar of this Commonwealth for a period of one (1) year and one (1) day and he shall comply with all the provisions of Rule 217 Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.